Marie A. BECTON, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 04–3287.

United States Court of Appeals, Federal Circuit.

July 7, 2004.

Marie A. Becton, Fayetteville, NC, pro se.

Christian J. Moran, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Department of Justice, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Upon consideration of Marie A. Becton's unopposed motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Kenneth L. CARLTON, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 04–3322.

United States Court of Appeals, Federal Circuit.

DECIDED: July 7, 2004.

Ronald G. Morgan, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Washington, DC, for Respondent.

Lawrence A. Berger, Mahon & Berger, Principal Attorney, Garden City, NY, for Petitioner.

ORDER

Order Vacated, See 105 Fed.Appx. 420.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.